**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| JEREMY BLAIR, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO.  9:18-CV-00111-RC** |
| v. | § | |
| | § | |
| BROOKSHIRE BROTHERS, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 14), which recommends that the court grant Defendant Brookshire Brothers, Inc.'s "Motion for Summary Judgment." Doc. No. 10. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation is **ADOPTED** and judgment is entered in favor of the Defendant. A final judgment will be entered separately.

So **ORDERED** and **SIGNED**  March 9, 2019.

_____
Ron Clark, Senior District Judge